RECEIVED

JUN - 3 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC. | CIVIL ACTION NO. 09-0467 |
| VERSUS | JUDGE DOHERTY |
| TAYLORS INTERNATIONAL SERVICES, INC. | MAGISTRATE JUDGE METHVIN |

## ORDER

Pending before the Court is the Motion for Hearing filed by defendant Taylors International Services, Inc. [Doc. 19]. In its motion, Taylors International requests oral argument in connection with its Motion to Dismiss [Doc. 17], which is set for hearing before this Court on the July 24, 2009 motion calendar on grounds the legal issues involved are complex and oral argument would assist the Court.

The request for oral argument is DENIED at this time. On June 29, 2009, this Court begins a 5-6 week trial involving a complex labor dispute that is not expected to settle and, therefore, the Court cannot accommodate the request of counsel for oral argument in July 2009. For the same reason, Taylors International's motion to dismiss is hereby CONTINUED to this Court's September 25, 2009 motion calendar. Taylors International is free to re-urge the motion for oral argument as the September 25, 2009 motion calendar date gets closer.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _3_ day of June, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

1