**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **ESSO EXPLORATION AND** | § | **CIVIL ACTION NO. 09-00467** |
| **PRODUCTION CHAD, INC.** | § | |
| | § | |
| **Versus** | § | **JUDGE:  REBECCA F. DOHERTY** |
| | § | |
| **TAYLORS INTERNATIONAL** | § | |
| **SERVICES, INC.** | § | **MAGISTRATE:  PATRICK J. HANNA** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION**
**FOR LEAVE TO FILE SUPPLEMENTAL AND**
<u>**AMENDING MOTION TO DISMISS**</u>

                                            Michael D. Skinner (Bar # 12118)
                                            Skinner Law Firm, L.L.C.
                                            600 Jefferson Street, Suite 810
                                            Lafayette, Louisiana  70501
                                            Telephone: 337.354.3030
                                            Facsimile:  337.354.3032
                                            Email:  mike@law.glacoxmail.com

                                            and

                                            Reagan M. Brown (*pro hac vice*)
                                            Charles Jason Rother (*pro hac vice)*
                                            Fulbright & Jaworski L.L.P.
                                            1301 McKinney, Suite 5100
                                            Houston, Texas  77010-3095
                                            Telephone: 713.651.5151
                                            Facsimile:  713.651.5246
                                            Email:  rbrown@fulbright.com
                                                           crother@fulbright.com

                                            **Counsel for Plaintiff**

Plaintiff Esso Exploration and Production Chad, Inc. ("Esso Chad") files this Opposition to Defendant's Motion for Leave to File Supplemental and Amending Motion to Dismiss (the "Motion to Supplement"). (Docket No. 43.)

1. Esso Chad is opposed to an order allowing Defendant to file the proposed Motion to Supplement because it is an untimely effort to re-brief the motion to dismiss issues and to insert brand new substantive arguments into the record long after the motions period closed. In addition, Defendant's Motion to Supplement violates the Motion Setting established by this court.

2. Defendant's Motion to Supplement asserts new substantive choice of law arguments in support of its Motion(s) to Dismiss. Defendant's Motion to Supplement, however, cites no new authority or opinions that have been issued since it filed its most recent Motion to Dismiss on July 23, 2009. (Docket No. 31.) All authority and case law cited by Defendant in support of its newly discovered arguments were available to Defendant when it filed its Motion(s) to Dismiss. Defendant offers no justification or cause for its failure to raise these choice of law arguments during the motions period.

3. Moreover, Defendant had ample opportunity to raise its new substantive choice of law arguments prior to the court's setting of the motion date but failed to do so. Defendant filed its original Motion to Dismiss on May 8, 2009. (Docket No. 17.) On May 11, the court issued a notice admonishing all parties that "briefs should fully address all pertinent issues." (Docket No. 18.) Following Defendant's Unopposed Motion for Extension of Time in Which to Plead and/or Respond on June 18, 2009, Defendant filed a supplemental Motion to Dismiss on July 23, 2009. (Docket No. 31.)

4. Notwithstanding this court's admonition, Defendant failed to assert its choice of law arguments in each of its Motions to Dismiss. The court should deny Defendant's untimely attempt to do so now.

5. Defendant's effort to file the Motion to Supplement violates the Motion Setting established by this court. The court's Notice of Motion Setting of July 23, 2009, established a definite schedule for the motion to dismiss briefing. (Docket No. 32.) The court established that it would decide Defendant's Motion(s) to Dismiss on or after September 25, 2009. In accordance with the motion schedule, Esso Chad filed its opposition to the Motion(s) to Dismiss on August 28, 2009. (Docket No. 35.) Defendant filed its final reply on September 9, 2009, two weeks before the Motion(s) to Dismiss were scheduled to be placed on the court's calendar for consideration. (Docket No. 40-3.) Now, nearly four months after the close of the motions period, and while the court is duly considering Defendant's prior motions, Defendant again seeks to amend and supplement its Motion(s) to Dismiss. Because the Motion to Supplement was filed long after the motions period closed, and because the Motion to Supplement would delay the resolution of this issue unnecessarily, the court should deny Defendant's Motion for Leave to File Supplemental and Amending Motion to Dismiss.

6. Alternatively, Esso Chad requests leave to file a full reply to Defendant's Motion to Supplement if the court grants the Motion to Supplement or gives any consideration to the Motion to Supplement.

Therefore, Esso Chad requests that the court deny and give no consideration to the Motion to Supplement. (Docket No. 43.) Alternatively, Esso Chad requests the opportunity to file a reply if the court grants the Motion to Supplement.

Respectfully Submitted By:

/s/ Michael D. Skinner
Michael D. Skinner (Bar # 12118)
Skinner Law Firm, L.L.C.
600 Jefferson Street, Suite 810
Lafayette, Louisiana  70501
Telephone: 337.354.3030
Facsimile:  337.354.3032

Reagan M. Brown (*pro hac vice*)
Charles Jason Rother (*pro hac vice)*
Fulbright & Jaworski L.L.P.
1301 McKinney, Suite 5100
Houston, Texas  77010-3095
Telephone: 713.651.5151
Facsimile:  713.651.5246

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/ Michael D. Skinner
Attorney