RECEIVED

JUN - 3 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC. | CIVIL ACTION NO. 09-0467 |
| VERSUS | JUDGE DOHERTY |
| TAYLORS INTERNATIONAL SERVICES, INC. | MAGISTRATE JUDGE HANNA |

### ORDER

Considering the Motion for Leave to file Reply Memorandum in Support of its Motion to Dismiss on behalf of Taylors International Services, Inc., [Doc. 30],

IT IS HEREBY ORDERED that the motion for leave is GRANTED.

THUS DONE AND SIGNED this 3rd day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

1