RECEIVED
JUN - 8 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC. | CIVIL ACTION NO. 09-0467 |
| VERSUS | JUDGE DOHERTY |
| TAYLORS INTERNATIONAL SERVICES, INC. | MAGISTRATE JUDGE METHVIN |

### ORDER

Currently pending before the Court is a "Motion for Leave to File Supplemental and Amending Motion to Dismiss," filed by defendant Taylors International Services, Inc. [Doc. 43]. For the reasons cited by plaintiff in its opposition brief (namely, the motion is untimely, and it raises issues which could and should have been addressed in defendant's original motion), and because defendant has failed to comply with FED. R. CIV. P. 6(b), in that it has not shown "excusable neglect,"[1] the motion is DENIED.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _____8_____ day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] FED. R. CIV. P. (6)(b) provides in pertinent part as follows: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . on motion made after the time has expired if the party failed to act because of excusable neglect." *See also Lujan v. National Wildlife Federation*, 497 U.S. 871, 894-97 (1990); *McKenzie v. Principi*, 83 Fed.Appx. 642 (5th Cir. 2003).

1