RECEIVED

JUN - 9 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ESSO EXPLORATION AND PRODUCTION CHAD, INC. | CIVIL ACTION NO. 09-0467 |
| VERSUS | JUDGE DOHERTY |
| TAYLORS INTERNATIONAL SERVICES, INC. | MAGISTRATE JUDGE HANNA |

### ORDER

Considering the foregoing Memorandum Ruling, the "Motion to Dismiss Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure" [Doc. 17], and the "Motion to Dismiss Amended Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure" [Doc. 31] are DENIED in their entirety. The "Motion to Strike" [Doc. 36] is GRANTED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 9th day of June, 2010.

REBECCA F. DOHERTY
UNITED STATES DISTRICT COURT